IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 4:07-CR-27 MAC |
| § | |
| LORENZO LENCHO RODRIGUEZ, JR. § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 31, 2018, to determine whether Defendant violated his supervised release. Defendant appeared Pro Se with Denise Benson appearing as stand-by counsel. The Government was represented by Tom Gibson.

On December 17, 2007, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of one hundred eleven (111) months imprisonment followed by a three (3) year term of supervised release for the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Possession of a Firearm While an Unlawful User of a Controlled Substance. Defendant began his term of supervision on October 23, 2015.

On June 12, 2017, Defendant had his term of supervised release revoked by the Honorable Marcia A. Crone, United States District Judge, after Defendant was found in violation of his supervised release conditions. Defendant was subsequently sentenced to eleven (11) months imprisonment followed by a three (3) year term of supervised release. Defendant began his term of supervision on March 27, 2018.

On April 25, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for

Offender under Supervision (the "Petition") (Dkt. 106). The Petition asserts that Defendant violated the following condition of supervision: (1) Defendant must report to the probation office in the federal judicial district where Defendant was authorized to reside within seventy-two hours of release from imprisonment, unless the probation officer instructs you to report to a different probation officer or within a different time frame.

The Petition alleges that Defendant committed the following violation: (1) While incarcerated in the Bureau of Prisons, Defendant was provided with verbal and written instructions to report to the U.S. Probation Office in Plano, Texas, no later than 8:00 a.m., on April 12, 2018, to begin his term of supervised release. Defendant failed to report as instructed. Defendant's current whereabouts are unknown.

At the hearing, the Defendant articulated that he neither wanted nor intended to comply with any condition of supervised release set by the district court. The Court entered a plea of not true for Defendant to the alleged violation. Defendant did not waive his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 31, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eleven (11) months followed by a three (3) year term of supervised release.

**SIGNED this 5th day of June, 2018.**

2

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE