IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:07CR027 |
| | § | |
| LORENZO LENCHO RODRIGUEZ | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted the Preliminary and Detention Hearing on October 29, 2019, to determine whether Defendant violated his supervised release. The Court conducted the Final Revocation Hearing on November 13, 2019, and November 20, 2019. Defendant appeared pro se with Denise Benson as standby counsel. The Government was represented by Anand Varadarajan, Heather Rattan, and Glen Jackson.

On December 17, 2007, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of one hundred eleven (111) months imprisonment followed by a three (3) year term of supervised release for the offenses of Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Possession of a Firearm While an Unlawful User of a Controlled Substance. The term of supervised release was revoked on June 12, 2017, and Defendant was sentenced to a term of eleven (11) months imprisonment followed by a three (3) year term of supervised release. The term of supervised release was revoked a second time on July 19, 2018, and Defendant was sentenced to a term of eleven (11) months imprisonment followed by a three (3) year term of supervised release.

On May 10, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 129). The Petition asserts that Defendant violated the following condition of supervision: (1) Defendant must report to the probation office in the federal judicial district where he is authorized to reside within seventy-two (72) hours of release from imprisonment, unless the probation officer instructs him to report to a different probation office or within a different time frame. *See* Dkt. 129.

The Petition asserts Defendant violated the condition because: (1) While incarcerated in the Bureau of Prisons, Defendant was provided with verbal and written instructions to report to the U.S. Probation Office in Plano, Texas, no later than 8:00 a.m., on April 11, 2019, to begin his term of supervised release; Defendant failed to report as instructed, and his whereabouts were unknown.

At the hearing on November 13, 2019, Defendant entered a plea of not true to violation of allegation one (1). Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. Based on the evidence presented at the Detention and Final Revocation Hearings, the Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, having considered the arguments presented at the October 29, 2019, November 13, 2019, and November 20, 2019, hearings, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months, with no supervised release to follow. The Court further recommends Defendant be placed in the custody of FCI Fort Worth, if appropriate.

**So ORDERED and SIGNED this 25th day of November, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE